## MacDONALD v. MARTINELLI.

United States District Court, S. D. New York.

May 23, 1950.

See also D.C., 120 F.Supp. 382.

Weisman, Allen, Spett & Sheinberg, New York City (Irving Rozen, New York City, of counsel, for plaintiff.

Bernard H. Fitzpatrick, New York City, for defendant.

S. H. KAUFMAN, District Judge.

This action is brought by seven named individual employees in their individual capacity and for their own individual benefit respectively. It is not brought for and in behalf of other employees similarly situated. Under these circumstances, the provisions of § 16(b) of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C.A. § 216(b), relating to the filing of consents, are inapplicable.

Motions denied.

Settle order on notice.